IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON LEE POWELL,<br><br>Defendant. | CR 26–32–M–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 23.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Cameron Lee Powell is charged with one count of production of child pornography, in violation of 18 U.S.C. § 2251(a), (e) (Count I) and one count of distribution of child pornography, in violation of 18 U.S.C. 2252(a)(2) (Count II). (Doc. 1.) Judge DeSoto recommends that this Court accept Powell's guilty plea as to Counts 1 and 2 after Powell appeared before her pursuant to Federal

Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 23) is ADOPTED in full.

IT IS FURTHER ORDERED that Powell's motion to change plea (Doc. 17) is GRANTED.

IT IS FURTHER ORDERED that Cameron Lee Powell is adjudged guilty as charged in Counts 1 and 2 of the Indictment.

DATED this 18th day of September, 2026.

Dana L. Christensen, District Judge
United States District Court